Twombly & Putney and John D. Morgan, all of New York City, for appellee.
Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

HANSARD v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 21, 1922.) No. 145. · In Error to the District Court of the United States for the Southern District of New York. Joseph Hansard was convicted of an offense, and he brings error. Affirmed. George Wolf, of New York City (Abner Siegal, of New York City, of counsel), for plaintiff in error. William Hayward, U. S. Atty., of New York City (Elmer H. Lemon, Special Asst. U. S. Atty., of Middletown, N. Y., of counsel), for the United States. Before ROGERS HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

LILLEY BUILDING & LOAN CO. v. MILLER, Internal Revenue Collector. (Circuit Court of Appeals, Sixth Circuit. February 6, 1923.) No. 3752. In Error to the District Court of the United States for the Southern District of Ohio; John W. Peck, Judge. Action by the Lilley Building & Loan Company against Newton M. Miller, as Collector of Internal Revenues. Judgment of dismissal (280 Fed. 143), and plaintiff brings error. Affirmed. John W. Wilson, of Columbus, Ohio, and Andrew J. Hess, of Sidney, Ohio (Oscar W. Newman, of Columbus, Ohio, Wilson & Rector, of Columbus, Ohio, and Pogue, Hoffheimer & Pogue, of Cincinnati, Ohio, on the brief), for plaintiff in error. C. M. Charest, Sp. Atty., for Bureau of Internal Revenue, of Washington, D. C., and W. J. Ford, Asst. U. S. Atty., of Columbus, Ohio (Thomas H. Morrow, U. S. Atty., of Cincinnati, Ohio, and Carl A. Mapes, Solicitor of Internal Revenue, of Washington, D. C., on the brief), for defendant in error. Before KNAPPEN and DENISON, Circuit Judges, and WESTENHAVER, District Judge.

PER CURIAM. Plaintiff in error, a corporation organized under the laws of Ohio (General Code, § 9643 et seq.), sued the collector of internal revenue to recover income taxes, paid under protest, for the years 1918, 1919 and 1920, under the Revenue Act of 1918. 40 Stat. 1057 et seq. (Comp. St. Ann. Supp. 1919, § 6336⅛a et seq.). Judgment was rendered for defendant. The sole question presented for review is whether plaintiff was exempt from the tax by virtue of section 231 (4) of the act (Comp. St. Ann. Supp. 1919, § 6336⅛o), which exempts "domestic building and loan associations and co-operative banks without capital stock organized and operated for mutual purposes and without profit." District Judge Peck, in a considered opinion (280 Fed. 143), held plaintiff not exempt. We approve, not only this conclusion, but the reasoning upon which it is based. The judgment of the District Court is accordingly affirmed, upon the opinion of the District Judge.

---

THE MAGNOLIA. THE WESLEY A. GOVE. THE JOHN A. HUGHES. (Circuit Court of Appeals, Second Circuit. October 24, 1922.) No. 37. Appeal from the District Court of the United States for the Southern District of New York. Libel by the Texas Company, claimant of the barge Magnolia, against Clarence P. Howland & Co., Inc., the steam tug Wesley A. Gove, claimed by James Brooks, and the steam tug John A. Hughes, claimed by Walter S. Goslee. Libel by the United States against the barge Magnolia, claimed by the Texas Company, Clarence P. Howland & Co., Inc., the steam tug Wesley A. Gove, claimed by James Brooks, and the steam tug John A. Hughes, claimed by the A. S. Hughes & Son Towing & Transportation Company. Libel and petition by James Brooks, owner of the steam tug Wesley A. Gove, her engines, boilers, etc., for limitation of liability. From an adverse decree, James Brooks, owner and claimant of the steam tug Wesley A. Gove, appeals. Affirmed. Foley & Martin, of New York City (George V. A. McCloskey, of New

York City, of counsel), for appellant. Horace L. Cheyney, of New York City, for the John A. Hughes. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.

---

MINERAL DEVELOPMENT CO. v. KENTUCKY COAL LANDS CO. (Circuit Court of Appeals, Sixth Circuit.) No. 3762. Appeal from the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. Suit in equity by the Mineral Development Company against the Kentucky Coal Lands Company. From a decree dismissing the bill on motion of defendant (285 Fed. 761), plaintiff appeals. Affirmed. Wilson & Harbison, of Lexington, Ky., Dishman, Tinsley & Dishman, of Barbourville, Ky., E. L. Worthington, of Maysville, Ky., and D. D. Fields, of Whitesburg, Ky., for appellant. Cleon K. Calvert, of Pineville, Ky., and Barthell, Fitts & Rundall, of Chicago, Ill., for appellee.

PER CURIAM. It satisfactorily appearing to this court that the bill of complaint herein does not state a case entitling plaintiff to relief, and that the bill was therefore properly dismissed by the District Court of the United States for the Eastern District of Kentucky, its judgment accordingly is hereby affirmed, upon the opinion of the District Judge.

---

PAYNE, Director General of Railroads, et al. v. ROSENZWEIG et al. (Circuit Court of Appeals, Second Circuit. December 2, 1922.) No. 96. In Error to the District Court of the United States for the Western District of New York. Action by Benjamin Rosenzweig and another, as executors of Patrick Doherty, deceased, against John Barton Payne, Director General of Railroads, as Agent under section 206 of the Transportation Act of 1920, and another. Judgment for plaintiffs (285 Fed. 622), and defendants bring error. Affirmed. Locke, Babcock, Spratt & Hollister, of Buffalo, N. Y. (Raymond C. Vaughan, of Buffalo, N. Y., of counsel), for plaintiffs in error. Charles P. O'Neil and Edmund J. Stafford, both of Detroit, Mich., for defendants in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. In no substantial way is this case different from Davis v. Rosenzweig, 281 Fed. 1020, decided by this court April 4, 1922. Judgment affirmed, with costs.

---

PERFECTION COOLER CO. et al. v. ROTAX CO., Inc. (Circuit Court of Appeals, Second Circuit. October 24, 1922.) No. 13. Appeal from the District Court of the United States for the Southern District of New York. Action by the Perfection Cooler Company and another against the Rotax Company, Inc. From a judgment for plaintiffs, defendant appeals. Affirmed. Duell, Warfield & Duell, of New York City (F. P. Warfield, L. A. Watson, and Lawrence Bristol, all of New York City, of counsel), for appellant. Charles Neave, of New York City, and A. S. Pattison, of Washington, D. C. (Harrison F. Lyman, of New York City, of counsel), for appellees. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.

---

PRICE v. WILKES et al. (Circuit Court of Appeals, Fifth Circuit. February 3, 1923.) No. 3908. In Error to the District Court of the United States for the Southern District of Mississippi; Henry D. Clayton, Judge. Action for libel by R. W. Price against C. M. Wilkes and others. Judgment for defendants, and plaintiff brings error. Affirmed. J. H. Mize, of Gulfport, Miss., for plaintiff in error. B. E. Eaton and W. A. White, both of Gulfport,